IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELIA M. BOLAR, et. al.; | |
| Plaintiff, | 8:17CV71 |
| vs. | |
| OMAHA POLICE DEPARTMENT, KEITH WILLIAMSON, PATRICK ROWLAND, TOM CAKA, TODD SCHMADERER, and DOES 1-50, inclusive; | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the court on Plaintiff's motion for reconsideration. ([Filing No. 11](#).) She requests that the court grant her an extension until May 10, 2017, to file an amended complaint. (*Id*.) She attached to her motion several e-mails, including an e-mail to her landlord on May 3, 2017, that someone unlawfully entered her apartment and stole her "important papers." (*Id*. at CM/ECF p. 56.)

On March 17, 2017, the court granted Plaintiff's request to file an amended complaint. (Filing No. 8.) The court ordered Plaintiff to file an amended complaint no later than April 16, 2017. (*Id*.) On April 17, 2017, the court granted Plaintiff's request to file an amended complaint on April 18, 2017. (*See* Docket Sheet.) On April 18, 2017, the court granted Plaintiff's request to file an amended complaint on April 21, 2017, with the caveat that would be the last extension granted. (*Id*.) On April 21, 2017, Plaintiff did not file an amended complaint because she missed her bus. (*Id*.) She informed the court that she would file it first thing in the morning on April 24, 2017. (*Id*.) On April 24, 2017, Plaintiff filed a motion for extension to file an amended complaint, stating that individuals unlawfully entered her apartment and stole the amended complaint that she had been working on. ([Filing

No. 9.) The court granted Plaintiff an extension until May 5, 2017, to file an amended complaint. (*See* Docket Sheet.) The court informed Plaintiff that no further extensions would be allowed. (*Id*.) On May 4, 2017, Plaintiff requested that the court allow her until May 8, 2017, to file an amended complaint. (*Id*.) When she was informed that she must file it on May 5, 2017, because no further extensions would be allowed, Plaintiff agreed to file it on May 5th. (*Id*.)

Now, the court is faced with Plaintiff's recent motion. For nearly two months, Plaintiff has failed to file an amended complaint. Nevertheless, due to her pro se status, the court will allow Plaintiff to file an amended complaint **no later than May 10, 2017**. Plaintiff is warned that the court will not entertain any further written or verbal requests for extensions. If Plaintiff does not file an amended complaint with the clerk's office by 4:30 on May 10, 2017, the court **will dismiss this action without further notice to Plaintiff.**

IT IS THEREFORE ORDERED that: Plaintiff's motion for reconsideration (Filing No. 11) is granted. Plaintiff shall file an amended complaint **no later than May 10, 2017.**

Dated this 9th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge