IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SHELIA M. BOLAR, et. al.; | |
|---|---|
| Plaintiff, | 8:17CV71 |
| vs. | |
| OMAHA POLICE DEPARTMENT, KEITH WILLIAMSON, PATRICK ROWLAND, TOM CAKA, TODD SCHMADERER, and DOES 1-50, inclusive; | MEMORANDUM AND ORDER |
| Defendants. | |

The court has granted Plaintiff multiple extensions to file an amended complaint in this matter. The court last informed Plaintiff that her failure to file an amended complaint no later than May 10, 2017, would result in dismissal of this action. Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 11th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge